US. DEBRA K. KEMPI,

2:24-cv-01488-GMN-DJA
2:24-cv-01547-JAD-EJY
2:24-cv-01557-JAD-DJA

I filed 3 complaints in this court because I did not know which to file under can I put them into one case so it will be the right one. Here are the 3 case names -

LAMALSIKOM LOWE    v. CORECIVIC Board of DIRECTORS
    Plaintiff                    Defendant

LAMALSIKOM LOWE        v. Marshol Gary Jefferson and warden Chesnut
    Plaintiff                        Defendant

LAMALSIKOM LOWE        v. United States of America

2:24-cv-01488-GMN-DJA



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 3 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## Conclusion

My complaint is against the abuse and mistreatment at CoreCivic and that is who I want this complaint against. Is there any way I can make this into one case?

Thank You

Respectfully,

Lamaisicod Lone
#34194-048
8-20-24

Lanalsikov Lowe
#34194-048
Nevada Southern Detention Center
2190 East Mesquite Ave
Pahrump NV
      89046

LAS VEGAS NV 890
21 AUG 2024PM 5 L
FIRST-CLASS
US POSTAGE ℠ PITNEY BOWES
ZIP 89060   $ 000.6
02 7W
0008031480 AUG 21 20

This correspondence originated
from a detention facility.
The facility is not responsible
for the contents herein.

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FILED
ENTERED

AUG 2 3 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

89101-706934
Legal
17627

Clerk of U.S. District Court
333 Las Vegas Blvd So RM 1334
Las Vegas, NV
      89101

XRAYED US MARSHAL SERVICE