24-CV-1547
24-CV-1557

Judge Dorsey,

The Retaliation Just dont Stop but for the warden to take away me honoring the Sabbath is so Sick and Evil. He has So Much hate for me when ⑴ he Make his Rounds and go door to door he Refuses to stop by mine and wave me off when he is suppose to act Professional at all times.

Just a Reminder, what I first got to coreCivic he said I threaten my probation officer and locked me in the Shu when he was wRong." This all Started because he ~~said~~ played Judge and locked me up for no Reason."

I Exhibit attached



SEP - 6 2024

CLERK          COURT
DISTRICT
BY:

Lanalsikw Lowe
#34194-048

8-21-24

# REQUEST FOR ASSISTANCE /SOLICITUD DE ASISTENCIA

**Detainee Name/Nombre de Detenido:** Wabixn Luwe          **REG/A#:** 34194-048

**Unit /Unidad:** CA          **Date/Fecha:** 8-21-24          **To / Para:** Marshal Gary Jefferson

**Subject: (state briefly the problem in which you need assistance) / Sujeto: (indique brevemente el problema en el que necesita ayuda):** I am Messienic and today out of Retaliation warden Chesnut took away me honoring the sabbath, we might na live one another but he is suppose to always act professional but most of all one should never take away a man honoring God to better himself.

*Note: If necessary, you may be interviewed in order to handle your request. Your failure to specifically state your problem may result in no action being taken./ Nota: Si es necesario, puede ser entrevistado para manejar su solicitud. Si no declara específicamente su problema, es posible que no se tomen medidas.*

## DO NOT WRITE BELOW THIS LINE /NO ESCRIBA DEBAJO DE ESTA LINEA

**USMS Prisoners ONLY: Request Type** *(Choose One)*: ☒ Routine Request    ☐ Non-Routine Request

*Routine requests are to be answered within 24 hours (clothing, indigent supplies, staff assistance) - G.9.1.c.*

*Non-routine requests are to be answered within 72 hours - G.9.5*

**Date Received:** _____    **Disposition / Response:** _____

_____

_____

_____

_____          _____

Staff Member Signature                                             Date

